PROB 12A
(REVISED 5/2011)

# United States District Court
# for
# Middle District of Tennessee
# Report on Offender Under Supervision

Name of Offender: <u>Kenneth Michael Tharpe</u>   Case Number: <u>3:10-00061-04</u>

Name of Judicial Officer: <u>Honorable John T. Nixon, Sr. U. S. District Court Judge</u>

Date of Original Sentence: <u>October 25, 2010</u>

Original Offense: <u>18 U.S.C. § 1344 - Bank Fraud</u>

Original Sentence: <u>Sentenced to Time-Served; followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>October 25, 2010</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>  Defense Attorney: <u>Kenneth D. Quillen</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __6th__ day of
__September__, 2012, and made a part of the records
in the above case.

_____
Sr. U. S. District Court Judge
John T. Nixon

I declare under penalty of
perjury that the foregoing
is true and correct.
Respectfully submitted,

_____
Sr.U.S. Probation Officer
Paul Montgomery

Place  Nashville,
       Tennessee

Date   August 29, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

1. **The defendant shall not commit another federal, state, or local crime.**

   The defendant was arrested on June 20, 2012, by Metro Nashville Police Department and charged with Criminal Trespassing. He was convicted in Davidson County General Sessions Court on June 21, 2012, and sentenced to 10 days' custody.

   The defendant was arrested again on July 31, 2012, by Metro Nashville Police Department and charged with Criminal Trespassing. He was convicted in Davidson County General Sessions Court on August 1, 2012, and sentenced to 4 days's custody.

2. **The defendant shall notify the probation office within seventy-two hours of being arrested or questioned by a law enforcement officer.**

   The defendant did not notify the probation officer of the above arrests. When questioned about them on August 21, 2012, he admitted he was arrested and convicted on the above charges.

3. **The defendant shall pay restitution joint and several with Warren Johnson and Naquan Smith to Nashville Bank & Trust.**

   The defendant has not paid restitution since May 17, 2011.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Tharpe began his term of supervised release on October 25, 2012. The terms of his supervised release conditions were explained to the defendant.

The defendant previously resided at SafeHarbor Halfway House, Nashville, Tennessee, but was removed from that program in April 2012, due to consuming alcohol. The defendant informed the probation officer that he has been residing at the Nashville Rescue Mission most days. When not at the Rescue Mission, the defendant reported he stays on the "Dock' at the Habitat For Humanity building. Mr. Tharpe reported he would like to secure his own residence, but has not been able to do so due to his inability to find employment.

Due to the defendant's failure to maintain contact with the probation officer, he has been placed on a weekly reporting schedule until further notice. This officer asked the defendant if he was interested in halfway house placement at Diersen Charities, to which he responded he did not wish to reside there. The defendant stated he is diligently seeking employment so that he may secure his own home and resume paying his restitution.

**U.S. Probation Officer Recommendation:**

The defendant has been admonished by the probation officer and informed that it is imperative that he comply with the terms of his supervised release.

At this time, the probation officer is requesting that no additional action be taken by the Court. The probation officer will continue to work with the defendant and assist him in reestablishing compliance with his supervised release conditions. The probation officer will keep the court apprised of any significant matters.

The U. S. Attorney's Office has been advised of the above noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer