UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00061-4 |
| | ) | Judge Nixon |
| KENNETH THARPE | ) | |

## AGREED ORDER

On May 16, 2013, Kenneth Tharpe appeared with counsel to answer for the charges alleged in the Petition to Revoke Supervised Release (DE 168). Mr. Tharpe entered a guilty plea to the allegations contained in the supervised release violation petition. Upon the recommendation of the parties, which was accepted by the Court, it is hereby ORDERED and DECREED that Kenneth Tharpe's term of supervised release be revoked. Moreover, it is hereby ORDERED that the defendant serve a period of imprisonment of four months. No term of supervision shall follow upon completion of the term of imprisonment.

The Court recommends to the U.S. Bureau of Prisons that Mr. Tharpe serve this sentence at the Davidson County Criminal Justice Center in Nashville, Tennessee.

Approved for entry this 21st day of May, 2013.

_____
JOHN T. NIXON
U.S. DISTRICT SENIOR JUDGE